IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| WESTFIELD INS. CO., | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:24-CV-41 (WLS) |
| WHITT'S QUALITY ROOFING, LLC, | : | |
| Defendant. | : | |

**ORDER**

Before the Court is a "Stipulation for Extension of Time" (Doc. 6) filed by both Parties on May 10, 2024. Therein, Plaintiff and Defendant state that they stipulate to extend Defendant's time to file its answer or otherwise respond to Plaintiff's Complaint through and including Friday, June 7, 2024.

The Court's Local Rule 6.1 provides that "[a]ny extension of time which to answer the complaint or an amended complaint may be done by written, filed stipulations of counsel, not to exceed more than thirty (30) days from the original answer deadline without approval of the court." M.D. Ga. L. R. 6.1.

Here, Plaintiff filed its Complaint on April 24, 2024, and the Parties filed the instant Stipulation (Doc. 6) on May 10, 2024, which is about sixteen (16) days thereafter. Upon review, the Court finds that the Stipulation (Doc. 6) is timely filed; therefore, the Parties' Stipulation for Extension of Time (Doc. 6) is **GRANTED**. Defendant shall file its answer or otherwise respond to Plaintiff's Complaint through and including **Friday, June 7, 2024**.

**SO ORDERED**, this 15th day of May 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1