IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| WESTFIELD INS. CO., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  7:24-CV-41 (WLS) |
| | : | |
| WHITT'S QUALITY ROOFING, LLC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is a Stipulation of Dismissal (Doc. 24), filed by the Parties on December 4, 2024. Therein, the Parties, having settled the disputes between them, stipulate to the dismissal of the above-captioned case with prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 24). Therefore, the above-captioned action is **DISMISSED**, **WITH PREJUDICE**. The Parties shall bear their own fees and costs. Plaintiff's claims against Defendant having now been resolved, the Clerk of Court is **DIRECTED** to close this case. Additionally, in light of the Parties' dismissal of this action, Defendant's Motion to Amend its Answer (Doc. 22) and Motion to Add a Party (Doc. 23) are **DENIED WITHOUT PREJUDICE**, **as moot**.

**SO ORDERED**, this 6th day of December 2024.

        **/s/ W. Louis Sands**
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**