IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-41 (WLS) |
| | * |
| WHITTS QUALITY ROOFING LLC, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 6, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of December, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk